UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-345-1BR(1)

FILED IN OPEN COURT
ON 2-4-13 KM
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

v.

KENNETH MAXWELL

ORDER

The Joint Motion for Sentencing Hearing at time of Arraignment is hereby allowed.

SO ORDERED.

This  4  day of  Feb. , 2013.

W. EARL BRITT
Senior United States District Court Judge